

# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2017

No. 04-17-00236-CR

Kevin Leland **DAVIS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR10897
Honorable Melisa Skinner, Judge Presiding

# O R D E R

Sitting:  Sandee Bryan Marion, Chief Justice
     Luz Elena D. Chapa, Justice
     Irene Rios, Justice

The brief of appellant, Kevin Leland Davis, was originally due October 2, 2017; however, the court granted appellant extensions of time to file the brief until December 6, 2017. Our last order advised Davis and his court-appointed attorney, Karl Anthony Basile, that no further extensions of time would be granted absent a motion, filed before the brief is due, that met specified requirements. *See* 4th Tex. App. (San Antonio) Loc. R. 8, Notes and Comments (stating the court does not ordinarily grant extensions of more than sixty days beyond the original due date). We further advised Davis that if the brief or a conforming motion were not filed by the date ordered, the court may abate this appeal and remand the case to the trial court for a hearing to determine whether appellant or counsel has abandoned the appeal. Neither the brief nor a motion for extension of time has been filed.

We therefore **abate** this appeal, **remand** the case to the trial court, and **order** the trial court to conduct a hearing to determine:

(1) whether appellant desires to prosecute his appeal, and

(2) whether counsel has abandoned the appeal.

The trial court may, in its discretion, receive evidence on the first issue by sworn affidavit from the appellant. The trial court shall, however, order appellant's counsel to be present at the hearing.

The trial court is further directed to ensure effective assistance of counsel and the orderly administration of justice. If the court finds on the record there is good cause, the court may order appointed counsel to withdraw and appoint new appellate counsel. *See* TEX CODE CRIM. PROC. ANN. 26.04(j)(2) (West Supp. 2016).

We further **order** the trial court to make written findings of fact and conclusions of law on these issues. We **order** the clerk and court reporter to file in this court, no later than January 16, 2018, (1) a reporter's record of the hearing, and (2) a supplemental clerk's record containing the court's written findings of fact, conclusions of law, and recommendations addressing the above issues. *See* TEX. R. APP. P. 38.8(b)(3).

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2017.

Keith E. Hottle
Clerk of Court